United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

Issac Sissel,

Defendant.
_____/

Violation:
18 U.S.C. § 875(c)

Case: 2:24-cr-20633
Assigned To : Grey, Jonathan J.C.
Referral Judge: Altman, Kimberly G.
Assign. Date : 11/13/2024
Description: IND USA V. ISSAC SISSEL (AB)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
18 U.S.C. § 875(c)
*Interstate Communications—Threats*

On or about November 2, 2024, in the Eastern District of Michigan, Southern Division, the defendant, Issac Sissel, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, Sissel used the internet to transmit the following:

> I shall carry out an attack against conservative christan filth in the event trump wins the election. I have a stolen ar15 and a target I refuse to name so I can continue to get away with my plans. Without a specific victim or ability to find the place I hid the gun, there's not a thing the FBI can do until I complete the attack.

1

All in violation of Title 18, United States Code, Section 875(c).

## Special Findings—Hate Crime Motivation

The Grand Jury further alleges that defendant Issac Sissel intentionally selected Christians as the objects of his threat in Count One because of the actual and perceived religion of those individuals, in violation of 18 U.S.C. § 875(c); U.S.S.G. § 3A1.1.

## Forfeiture Allegations
18 U.S.C. § 981 and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 875(c), the defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), together with Title 28, United States Code, Section 2461.

Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

  (a) Cannot be located upon the exercise of due diligence;

  (b) Has been transferred or sold to, or deposited with, a third party;

  (c) Has been placed beyond the jurisdiction of the Court;

  (d) Has been substantially diminished in value; or

  (e) Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

This is a True Bill.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Sara D. Woodward*
Sara D. Woodward
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Hank Moon*
Hank Moon
Assistant United States Attorney

Dated: November 13, 2024

4

| United States District Court<br>Eastern District of Michigan | Crimi[nal] | Case: 2:24-cr-20633<br>Assigned To : Grey, Jonathan J.C.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 11/13/2024<br>Description: IND USA V. ISSAC SISSEL (AB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney sig[ning]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials:  H.M |

**Case Title:** USA v. Issac Sissel

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: 24-mj-30476      ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 13, 2024
Date

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
313-226-0220
Hank.Moon@usdoj.gov
P85337

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.